CHARLES DOMAIKA, Plaintiff-Appellant, *v.* BOARD OF FIRE & POLICE COMMISSIONERS OF THE VILLAGE OF OAK LAWN *et al.*, Defendants-Appellees.

(No. 59361; ▮)

First District (3rd Division)—June 6, 1974.

▮

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

Stanley H. Jakala, of Berwyn, for appellant.

Ralph L. Rehnquist, Joseph J. Kozlowski, and John A. Smith, all of Chicago, for appellees.